UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00105-MOC-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>)<br>)<br>) |
| Vs. | )  ORDER<br>) |
| **LAURENTINO BENITEZ,** | )<br>) |
| Defendant. | ) |

**THIS MATTER** is before the court on the government's Motion to Dismiss. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss (#107) is GRANTED, and the indictment as to this defendant is DISMISSED without prejudice.

Signed: November 10, 2015

Max O. Cogburn Jr.
United States District Judge